**Order entered October 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00662-CR
No. 05-21-00663-CR

**PHILLIP LYNN SCHWARTZKOPF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause Nos. 001-86990-2020 & 001-86991-2020**

**ORDER**

Before the Court is court reporter Elizabeth Griffin's October 4, 2021 request for an extension of time to complete the reporter's record. We **GRANT** the request to extent we **ORDER** the reporter's record filed on or before November 3, 2021. *See* TEX. R. APP. P. 35.3(c).

/s/    ERIN A. NOWELL
JUSTICE